IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JHEN SCUTELLA,<br>   Plaintiff,<br><br>  v.<br><br>ERIE COUNTY PRISON, et al,<br>   Defendants. | C.A. No. 19-245 Erie<br><br>District Judge Susan Paradise Baxter<br>Magistrate Judge Richard A. Lanzillo |

## **MEMORANDUM ORDER**

This action was commenced by Plaintiff's filing of a *pro se* civil rights complaint accompanied by a motion for leave to proceed *in forma pauperis*, on August 26, 2019.

On November 6, 2019, Plaintiff filed a motion for immediate injunctive relief [ECF No. 9] seeking an Order directing Defendants to abide by a "sentencing order" entered by the Court of Common Pleas of Erie County, Pennsylvania, and release him to a work release program.

This case was subsequently reassigned to the undersigned, as presiding judge, and was referred to United States Magistrate Judge Richard A. Lanzillo for all pretrial matters.

On November 7, 2019, Magistrate Judge Lanzillo issued a Report and Recommendation ("R&R") recommending that Plaintiff's motion for injunctive relief be denied because Plaintiff seeks relief that is both unrelated to any of the matters raised in the underlying complaint [ECF No. 10]. Plaintiff has since filed timely objections to the R&R that fail to raise any grounds to overcome the deficiencies recognized by the Magistrate Judge. [ECF No. 13].

After *de novo* review of the motion and relevant documents in the case, together with the report and recommendation and objections thereto, the following order is entered:

AND NOW, this 12th day of December, 2019;

IT IS HEREBY ORDERED that Plaintiff's motion for immediate injunctive relief [ECF No. 9], is DENIED. The report and recommendation of Magistrate Judge Lanzillo, issued November 7, 2019 [ECF No. 10], is adopted as the opinion of the court.

SUSAN PARADISE BAXTER
United States District Judge

cc: The Honorable Richard A. Lanzillo
U.S. Magistrate Judge